PER CURIAM.
Affirmed. Griffith v. Shamrock Village, Inc., 94 So.2d 854, 858 (Fla.1957); Underwriters National Assurance Co. v. Harrison, 338 So.2d 58, 60 (Fla. 3d DCA 1976); Roger Holler Chevrolet Co. v. Arvey, 314 So.2d 633 (Fla. 4th DCA 1975); Ashland Oil, Inc., v. Pickard, 269 So.2d 714, 720 (Fla. 3d DCA 1972); Fred S. Conrad Construction Co. v. Exchange Bank of St. Augustine, 178 So.2d 217, 221 (Fla. 1st DCA 1965); Crews v. Warren, 157 So.2d 553, 555-556, 561 (Fla. 1st DCA 1963).